Submitted on record and briefs January 12, remanded with instructions; otherwise affirmed February 10, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## LINCOLN EDWARD DODSON,
*Appellant.*

(90-04-32061; CA A74577)

846 P2d 1165

Sally L. Avera, Public Defender, and Jesse Wm. Barton, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of conspiracy to commit aggravated murder, ORS 161.450, solicitation to commit aggravated murder, ORS 161.435, and attempted murder. ORS 161.405; ORS 163.115. He appealed, and we remanded for resentencing on the ground that the original judgment improperly imposed consecutive sentences on the conspiracy and solicitation counts. *State v. Dodson*, 111 Or App 643, 825 P2d 662 (1992). On remand, the trial court imposed sentences on the conspiracy and solicitation counts to run concurrently, and a sentence on the attempted murder count to run consecutively to the other sentences.

Defendant argues that the conspiracy and solicitation counts should merge into one conviction. The state points out that, under ORS 161.485, all three convictions merge into one conviction. We agree with the state.

Remanded with instructions to merge all three convictions and for resentencing on one conviction; otherwise affirmed.